UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 18-25275-CIV-MORENO
(17-20804-CR-MORENO)

EDWIN RENTERIA RENTERIA,

        Movant,

vs.

UNITED STATES OF AMERICA,

        Respondent.

_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND DENYING MOTION TO VACATE

THE MATTER was referred to the Honorable Lisette M. Reid, United States Magistrate Judge, for a Report and Recommendation on Plaintiff's Motion Under 28 U.S.C. 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody, filed on **December 17, 2018**. The Magistrate Judge filed a Report and Recommendation (**D.E. 19**) on **January 27, 2021**. The Court has reviewed the entire file and record. The Court has made a *de novo* review of the issues presented in the Magistrate Judge's Report and Recommendation. The Court notes that no objections have been filed and the time for doing so has now passed. Being otherwise fully advised in the premises, it is

**ADJUDGED** that Magistrate Judge Reid's Report and Recommendation is **AFFIRMED** and **ADOPTED**. Accordingly, it is

**ADJUDGED** that Plaintiff's Motion Under 28 U.S.C. 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody is DENIED for the reasons stated in the Report

and Recommendation.  It is further

> **ADJUDGED** that no certificate of appealability issue.

> DONE AND ORDERED in Chambers at Miami, Florida, this 23rd of February 2021.

_Federico A. Moreno_

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge Lisette M. Reid

Counsel of Record

Edwin Renteria Renteria, *pro se*
15099-104
Coleman Low
Federal Correctional Institution
Inmate Mail/ Parcels
Post Office Box 1031
Coleman, FL 33521